UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80525-CIV-HURLEY/HOPKINS

NEIL COLE,

    Plaintiff,

v.

AMERICAN CAPITAL PARTNERS
LIMITED, INC., et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING DEFENDANT BRUCE RICH'S VERIFIED MOTION TO DISSOLVE WRIT OF GARNISHMENT

**THIS CAUSE** is before the court upon defendant Bruce Rich's verified motion to dissolve writ of garnishment [DE # 299], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court grant the motion [DE # 325]. No objections were filed to the Magistrate Judge's report.

Having carefully reviewed the Magistrate Judge's report and recommendation as to Bruce Rich's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Upon review of the report of the Magistrate Judge, it is hereby **ORDERED** and **ADJUDGED**:

Order Adopting R & R of Magistrate Judge
Cole v. American Capital Partners et al.
Case No. 06-80525-CIV-HURLEY/HOPKINS

1. The Report and Recommendation of the United States Magistrate Judge [DE # 325] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

2. Defendant Bruce Rich's verified motion to dissolve writ of garnishment on Bank of America, N.A. [DE # 299] is **GRANTED**. The writ of garnishment on Bank of America, N.A. is **DISSOLVED** *only* as to bank account number xxxxxxxx1841 and safety deposit box account number xxxxxxxx1220. The writs of garnishment as otherwise remain in tact.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _11_ day of January, 2010.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*